**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA,<br>INC.<br><br>*Defendant*. | § § § § § § § § § § § § | Civil Action No. 2:16-cv-642-JRG<br>LEAD CASE |
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KAKAO CORPORATION,<br><br>*Defendant*. | § § § § § § § § § § § § § | Civil Action No. 2:16-cv-640-JRG |

**ORDER**

Having considered Plaintiffs' Unopposed Motion to Dismiss with Prejudice (Dkt. No. 193) ("Motion"), the Court finds that the Motion should be and hereby is **GRANTED.** It is therefore **ORDERED** that Civil Actin No. 2:16-cv-640 by Uniloc USA, Inc., and Uniloc Luxembourg S.A. (collectively, "Uniloc") against Kakao Corp. ("Kakao") should be **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(2).

Accordingly, it is **ORDERED** that:

1. Any and all claims by Uniloc against Kakao in this case are dismissed with prejudice.

2. Uniloc and Kakao shall each bear their own attorney fees, expenses, and costs.

3. All other relief requested between Uniloc and Kakao is hereby **DENIED AS MOOT**, including Kakao's Motion to Dismiss for Lack of Jurisdiction (Dkt. No. 132) and Motion to Stay (Dkt. No. 139).

The Clerk is directed to close member case 2:16-cv-640.

**So ORDERED and SIGNED this 16th day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE